John Peter Storti – ISB No. 9446
**BERG HILL GREENLEAF RUSCITTI LLP**
1712 Pearl Street
Boulder, CO 80302
Telephone: (303) 590-1210
Email: jps@bhgrlaw.com

Attorney for Plaintiff.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PETRA, INC.,** an Idaho corporation,<br><br>Plaintiff,<br>vs.<br><br>**Meridian Hotel Holdings, LLC** a Washington limited liability company; **Harco National Insurance Company**, Surety<br><br>Defendants. | **Case No.**<br><br>**COMPLAINT**<br><br>Fee: $ 405.00 |

**COMES NOW** Plaintiff, Petra, Inc. ("**Petra**"), by and through its attorneys, Berg Hill Greenleaf Ruscitti LLP, and for the following causes of action against Meridian Hotel Holdings, LLC ("**Meridian**") and Harco National Insurance Company ("**Harco**") (collectively "**Defendants**"), alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Petra is an Idaho corporation with a principal place of business located at 2760 W. Excursion Lane, Suite 310, Meridian, ID 83642.

2. Upon information and belief, Meridian is a Washington limited liability company with its principal place of business at 2265 116th Avenue NE, Suite 110C, Bellevue, Washington, 98004.

3. Upon information and belief, Meridian is a citizen of Washington for purposes of diversity jurisdiction.

4. Upon information and belief, Harco is an insurance company located at 4200 Six Forks Road, Suite 1400, Raleigh, North Carolina, 27609.

5. Upon information and belief, Harco is a citizen of North Carolina for purposes of diversity jurisdiction.

6. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 because, upon information and belief, the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

7. This Court has personal jurisdiction over Meridian because it entered into a contractual agreement for the construction of a hotel on property Meridian owns in Meridian, Idaho.

8. This Court has personal jurisdiction over Harco because it conducted business in the State of Idaho and subjected itself to the laws of the State of Idaho by agreeing to be the surety and issuing a release of lien bond for Meridian's property in Meridian, Idaho.

9. Venue is proper before this Court under 28 U.S.C. § 1391(b)(2) because all or a substantial part of the events underlying Petra's claims, as well as the property in question, is situated in Idaho.

## GENERAL ALLEGATIONS

10. On or about March 11, 2021, Petra entered into an AIA A101-2017 Standard Form Agreement between itself and Meridian, whereby Petra agreed to act as the general contractor of the Project (the "**Prime Contract**"). The Prime Contract is attached as **Exhibit A**.

11. This lawsuit arises from a commercial transaction (as such term is defined in Idaho Code § 12-120(3)) between Plaintiff and Meridian.

12. The Prime Contract concerned the construction of an extended-stay hotel (the "**Project**") located at 1262 S. Rackham Way, Meridian, ID 83642 (the "**Property**").

13. Meridian has failed to pay Petra for the construction and general contracting work contemplated and agreed to in the Prime Contract.

14. Specifically, Petra is owed $335,000.00 under the Prime Contract, which is subject to a lien recorded in Ada County, Idaho, on or about January 13, 2023, and recorded as Lien Recording No. 2023-002307, and an amended lien recorded in Ada County, Idaho, on or about February 14, 2023, and recorded as Lien Recording No. 2023-009184. *See* the lien and amended lien attached as **Exhibit B** and **Exhibit C,** respectively. The amounts owed to Petra include amounts due but unpaid under the Prime Contract and additional costs and extended general conditions due to project delays and impacts caused by Meridian.

**COUNT I – Breach of Contract**
**(Meridian Only)**

15. Petra repeats and incorporates all preceding paragraphs as if fully set forth herein.

16. Petra is a general contractor that Meridian contracted with to provide general contracting services for the construction of the Project.

17. Petra and Meridian entered into the Prime Contract, which is a binding and enforceable contract.

18. Meridian breached the Prime Contract by, *inter alia*, causing significant delays on the Project, failing to timely pay Petra, and improperly withholding payment to Petra for work completed.

19. Petra performed its obligations under the Prime Contract and did not otherwise default on or materially breach the same.

20. As a direct and proximate result of Meridian's breaches of Contract, Petra has been damaged in an amount to be proven at trial, plus interest thereon at the contractual rate of "Prime Rate plus 1% per annum" or, in the alternative, the statutory rate of 15.125% *per annum* in accordance with Idaho Code § 28-22-104(1) if the contractual rate does not apply.

**<u>COUNT II – Action on Lien Release Bond</u>**
**(Harco Only)**

21. Petra repeats and incorporates all preceding paragraphs as if fully set forth herein.

22. On January 13, 2023, Petra recorded a mechanic's lien ("January Lien") against the real property ("Property") upon which the Project was being constructed for purposes of securing the amounts Petra is owed by Meridian, at Ada County Lien Recording No. 2023-002307. *See*, Exhibit B.

23. On February 14, 2023, Petra recorded an amended mechanic's lien ("Amended Lien") against the Property upon which the Project was being constructed for purposes of securing additional amounts Petra is owed by Meridian, at Ada County Lien Recording No. 2023-009184. *See*, Exhibit C.

24. The January Lien and Amended Lien were prepared and recorded in accordance with all statutory requirements.

25. On February 23, 2023, Meridian, as principal, and Harco, as surety, issued a Release of Lien Bond (Lien Recording No. 2023-009184) in principal sum of $502,500, as replacement security and to discharge the January Lien and Amended Lien. The Release of Lien Bond is attached as **<u>Exhibit D</u>**.

26. By issuing the Release of Lien Bond, Harco submitted itself to the jurisdiction of the Court, and irrevocably appointed the Clerk of the Court as its agent upon whom any papers affecting its liability on the Bond may be served.

27. On April 18, 2023, the parties filed a Stipulated Order ("Order") to grant the release of Petra's January Lien and Amended Lien.

28. The Lien Release Bond serves as security to ensure payment, by Harco, of such amount as the Court may adjudge to have been secured by the Amended Lien, with interest, costs, and attorneys' fees.

29. Meridian, as the lien debtor, and Harco, as surety, are jointly and severally liable to Petra in the principal amount of $335,000, which is the unpaid balance Meridian owes to Petra on this Project.

30. Pursuant to Idaho Code § 45-522(1)(a-e), Petra should be awarded judgment against Harco for in an amount to be proven at trial plus Petra's reasonable attorneys' fees, costs of preparing and filing the Lien, costs incurred in this lawsuit, and interest at the statutory rate of seven percent (7%) *per annum*.

## **ATTORNEYS' FEES AND COSTS**

Petra has been required to retain the services of an attorney to bring this suit and is entitled to recover its costs and reasonable attorneys' fees in the sum of not less than $5,000.00 if judgment is entered by default, and such other and further amounts as the Court may find reasonable if this matter is contested, pursuant to the Order Acceptance, Idaho Code §§ 12-120(3), 12-121, 45-522(1)(a-e), and Rule 54(e) of the Idaho Rules of Civil Procedure.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for judgment against Defendants, and each of them, as follows:

A. As to the First Cause of Action, entry of judgment in favor of Petra against Meridian as follows:

(1) The principal balance outstanding, in an amount of $335,000, together with interest thereon at the maximum rate allowed by law;

(2) Attorneys' fees and costs in the sum of not less than $5,000.00 if judgment is entered by default, and such further amounts as the Court may find reasonable if this matter is contested; and

(3) For such other and further relief as this Court deems just and proper.

B. As to the Second Cause of Action, entry of judgment in favor of Petra jointly and severally against Meridian, on the one hand, and Harco, on the other hand, as follows:

(1) The principal balance secured by the Release of Lien Bond in an amount to be proven at trial, plus interest at the maximum rate allowed by law;

(2) Attorneys' fees and costs in the sum of not less than $5,000 if judgment is entered by default, and such further amounts as the Court may find reasonable if this matter is contested; and

(3) For such other and further relief as this Court deems just and proper.

**DATED** this 6th day of February 2025.

**BERG HILL GREENLEAF RUSCITTI LLP**

/s/ *Jack Storti*

By: Jack Storti, Attorneys for Plaintiff
Petra, Inc.