J. Nick Crawford, ISB 3220
Ryan C. Janis, ISB No. 9601
BRASSEY CRAWFORD, PLLC
345 Bobwhite Ct., Suite 215
Boise, Idaho 83706
Telephone: (208) 344-7300
Facsimile: (208) 344-7077
jnc@brassey.net
rcj@brassey.net

*Attorneys for Defendants BEI Construction, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PETRA, INC.,** an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**Meridian Hotel Holdings**, a Washington limited liability company; **Harco National Insurance Company**, Surety,<br><br>Defendants.<br><br>**PETRA, INC.,** an Idaho corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>**BEI Construction, LLC**, an Indiana limited liability company; **BEI Framing, LLC**, a Michigan limited liability company; **Service Experts Heating & Air Condition, LLC,** a Delaware limited liability company; **View Point, Inc.; Brickline Masonry Company, LLC,** an Idaho limited liability company; **Matson Enterprises, LLC,** an Idaho limited liability company.<br><br>Third-Party Defendants | Case No. 1:25-cv-00068-BLW<br><br>**DEFENDANTS BEI CONSTRUCTION, LLC'S MOTION TO DISMISS** |

**COME NOW** the above-captioned Defendants, BEI Construction, LLC (hereinafter "Defendant"), by and through their counsel of record, Brassey Crawford, PLLC, and hereby respectfully move the Court to dismiss Plaintiff Petra, Inc. Third-Party Complaint pursuant to Rule 12(b)(6) and 15(a) of the Federal Rules of Civil Procedure, along with other applicable and binding federal law, which includes but is not necessarily limited to that articulated in the Memorandum in Support of this Motion to Dismiss, filed contemporaneously herewith. Based on the background and legal authority articulated in Defendant's Memorandum (and supported by the docket entries in this action and in the First Action filed by Defendant in *Petra Inc. v. BEI Construction, Inc., et al.* Case No. 1:24-cv-00097-DCN ("First Action")) Defendant respectfully requests this Court grant this Motion and enter an appropriate Order dismissing the Third-Party Complaint against Defendant.

This motion is supported by the pleadings and records on file with the Court herein, the pleadings and records on file in the First Action, as well as by the Memorandum in Support of Defendant's Motion to Dismiss filed contemporaneously herewith.

DATED: September 3, 2025.

BRASSEY CRAWFORD, PLLC

By /s/ Ryan C. Janis
Ryan C. Janis, Of the Firm
J. Nick Crawford, Of the Firm
*Attorneys for Defendant*
*BEI Construction, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

| | | |
|---|---|---|
| **John P Storti**<br>Berg Hill Greenleaf Ruscitti LLP<br>Colorado<br>1712 Pearl Street<br>Boulder, CO 80302<br>jps@bhgrlaw.com<br>*Attorney for Plaintiff, Counter Defendant, and Third-Party Plaintiff Petra, Inc.* | ____<br>____<br>____<br>____<br>XX | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>I-Court |
| **Thomas John Lloyd , III**<br>Miller Nash LLP<br>Idaho<br>950 Bannock St, Ste 1100<br>Boise, ID 83702<br>thomas.lloyd@millernash.com<br>*Attorney for Defendants Meridian Hotel Holdings, LLC and Harco National Insurance Company and Counter Claimant Meridian Hotel Holdings, LLC* | ____<br>____<br>____<br>____<br>XX | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>I-Court |
| **Bradley S Richardson**<br>Garrett Richardson PLLC<br>738 S. Bridgeway Place, Suite 100<br>Eagle, ID 83616<br>brad@garrettrichardson.com. | ____<br>____<br>____<br>____<br>XX | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>I-Court |
| **Matthew Tobeck**<br>2450 W. Canal Street, Apt. #104<br>Boise, ID 83705<br>**Robert R Gates**<br>Garrett Richardson, PLLC<br>Idaho<br>738 S Bridgeway Place | ____<br>____<br>____<br>____<br>XX | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>I-Court |

P.O. Box 1362
Ste. 100
Eagle, ID 83616
Robert@garrettrichardson.com
*Attorneys for Third-Party Defendant Viewpoint, Inc.*

**Tully Patrick FitzMaurice**
Clements, Brown, & McNichols, P.A.
321 13th Street
Lewiston, ID 83501
tfitzmaurice@clbrmc.com
*Attorney for Third-Party Defendant Matson Enterprises, LLC*

____ U.S. Mail, postage prepaid
____ Hand-Delivered
____ Overnight Mail
____ Facsimile
XX I-Court

/s/ Ryan C. Janis
Ryan C. Janis